IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
AUG 15 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSE WILCOX, <br><br> Defendant. | 2:17-PO-5008-JCL <br> CVB Violation No: <br> FABB005V <br><br><br> ORDER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated June 22, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $130.00 to $65.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $65.00, which has been paid in full.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 1906 Thomas, Butte, MT 59701.

CVB is directed to enter **PF** as the disposition.

ORDER - Page 1

DATED this 15th day of August, 2017.

_____
Jeremiah C Lynch
United States Magistrate Judge

c: USA
   Def
   CVB